# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JUSTIN CLEVELAND,** Defendant. | 6:22-po-5006-KLD <br><br> VIOLATION: F5427052 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine of $10 and mandatory processing fee and special assessment of $40.00 for a total of $50.00. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.  Defendant may contact the Court to set up a payment plan.

IT IS FURTHER ORDERED that the arrest warrant in the above captioned matter is QUASHED.

DATED this  13th  day of May, 2022.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge